# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE WATSON

NO. 2020 KW 0680

**OCTOBER 26, 2020**

---

In Re:    Wayne Watson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-19-0055.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** We are advised by the Office of the Clerk of Court of East Baton Rouge Parish that on September 29, 2020, the State of Louisiana dismissed the charge against relator, and he was released from his bond obligation.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT